MAY 5, 1939

No. 41256.—SUIT 4154—■■■■■■■■—*W. H. & L. D. Betz* v. *United States.* T. D. 49214 affirmed.

BEFORE THE FIRST DIVISION, MAY 9, 1939

No. 41257.—Protests 872411–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) siren whistles and siren horns similar to those the subject of Abstracts 39948 and 40480 at 45 percent under paragraph 397; (2) cigarette whistles or novelties in part of bamboo at 45 percent under paragraph 409, Abstract 39509 followed; and (3) metal flutes similar to those the subject of Abstract 40185 at 45 percent under paragraph 397.

No. 41258.—Protests 836232–G, etc., of Western Novelty Co. (Los Angeles).

Opinion by SULLIVAN, J.   It was stipulated that the merchandise consists of miniature figures of animals in chief value of plaster of paris coated with celluloid similar to that the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713).   The claim at 35 percent under paragraph 205 (e) was therefore sustained.

No. 41259.—Protest 787864–G of F. W. Woolworth Co. (San Francisco).

Opinion by SULLIVAN, J.   In accordance with stipulation of counsel and on the authority of Abstract 31963 the rubber mice in question were held dutiable at 25 percent under paragraph 1537 as claimed.

No. 41260.—Protests 966563–G, etc., of Mutual Supply Co. et al. (San Francisco).

Opinion by BROWN, J.   In accordance with stipulation of counsel and on the authority of Abstract 39806 the claim as unsalted dried fish at 1¼ cents per pound under paragraph 717 (c) was sustained.

BEFORE THE SECOND DIVISION, MAY 9, 1939

No. 41261.—Protest 982206–G of O. Yoshizawa Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of imitation leather hat sweats similar to those passed upon in Abstract 39152.   The claim at 37½ percent under paragraph 919 was therefore sustained.